SAMUEL GOLDMAN et al., Copartners Doing Business as LAKE ERIE SMELTING CO., Respondents, v. SABIN METAL CORP., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiffs in an action for breach of contract.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

■

SAMUEL BERGER, Respondent, v. AMERICAN NATIONAL FIRE INSURANCE COMPANY OF NEW YORK et al., Appellants.— Order entered August 13, 1952, affirmed, with $10 costs and disbursements. Appeal from order entered July 7, 1952, dismissed as academic. All concur. (Appeals from part of an order denying motions to strike out certain allegations in the amended complaint; also appeals from an order denying motions to strike out certain allegations in the second amended complaint, in an action to recover damages alleged to have been sustained by plaintiff because of malicious prosecution.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

■

RUSSELL L. BARTLETT, as Administrator of the Estate of DANIEL J. BARTLETT, Deceased, et al., Respondents, v. STATE OF NEW YORK, Appellant.— Order entered May 12, 1954, as amended by order entered July 9, 1954, further amended nunc pro tunc by inserting the words " on the law and facts " after the word " reversed ". Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 1000; ante, p. 836.]

■

LLOYD J. HOSFORD et al., Appellants, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent.— Motion granted and appeals dismissed, with costs.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH T. KARAGA, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MAHARTY, Appellant.— Motion granted and appeal dismissed.

■

ALBERT E. SYMONS et al., Respondents, v. FRANK SWANN, Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MOESEL, Appellant.— Motion granted and appeal dismissed.